
UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

CV-18-106-BLG-SPW-TJC

ESTATE OF SEAN PATRICK
O'BRIEN, ROBIN LARSON, and
K.O., a minor child; by and through
Personal Representative Robin
Larson,

ORDER

Plaintiffs,

vs.

CITY OF LIVINGSTON, a political
subdivision of the State of Montana,
KEVIN ENGLE, ANDREW
EMANUEL, DALE JOHNSON and
JOHN DOES 1-10,

Defendants.

Consent to the jurisdiction of a United States Magistrate Judge having been

either withheld or met with objection,

IT IS HEREBY ORDERED:

1.    The case remains assigned to the Honorable Susan P. Watters, United

States District Judge, for all further proceedings and entry of judgment.

2.    Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the

Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all

necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this __23rd__ day of October, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge