IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF SEAN PATRICK O'BRIEN, ROBIN LARSON, and K.O., a minor child, by and through Personal Representative Robin Larson,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LIVINGSTON, a political subdivision of the State of Montana, KEVIN ENGLE, ANDREW EMANUEL, DALE JOHNSON, and JOHN DOES 1-10,<br><br>Defendants. | CV 18-106-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs have filed an unopposed motion for substitution. (Doc. 62.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The Estate of Keelin O'Brien shall be substituted in place of Plaintiff K.O., a minor child.

DATED this 30th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge