IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF SEAN PATRICK O'BRIEN, ROBIN LARSON, and K.O., a minor child, by and through Personal Representative Robin Larson, | CV 18-106-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| CITY OF LIVINGSTON, a political subdivision of the State of Montana, KEVIN ENGLE, ANDREW EMANUEL, DALE JOHNSON, and JOHN DOES 1-10, | |
| Defendants. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Pretrial Conference presently set

for Monday, February 22, 2021 at 1:30 p.m. is **VACATED** and **RESET** for

**Thursday, February 25, 2021 at 1:30 p.m.** in the Snowy Mountains Courtroom

of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of December, 2020,

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1