IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF SEAN PATRICK O'BRIEN, ROBIN LARSON, and THE ESTATE OF KEELIN O'BRIEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LIVINGSTON, a political subdivision of the State of Montana, KEVIN ENGLE, ANDREW EMANUEL, DALE JOHNSON, and JOHN DOES 1-10,<br><br>Defendants. | CV 18-106-BLG-TJC<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that a *Daubert* Hearing will be held in the above-captioned case on **June 16, 2021 at 10:00 a.m.** to determine the admissibility of Defendant's proposed expert testimony on the issue of "suicide by cop." Counsel and the witnesses may participate in the conference via videoconferencing. The parties shall contact Deputy in Charge, Julie Hollenbeck at 406-247-2311 to obtain the access information for the Zoom conference.

DATED this 7th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge