IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF SEAN PATRICK O'BRIEN, ROBIN LARSON, and THE ESTATE OF KEELIN O'BRIEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LIVINGSTON, a political subdivision of the State of Montana, KEVIN ENGLE, ANDREW EMANUEL, DALE JOHNSON, and JOHN DOES 1-10,<br><br>Defendants. | CV 18-106-BLG-TJC<br><br>**ORDER REGARDING FINAL PRETRIAL CONFERENCE** |

**IT IS HEREBY ORDERED** that if Counsel wishes, they may appear by videoconferencing at the Final Pretrial Conference set for August 9, 2021 at 1:30 p.m. Any party who elects to appear by videoconferencing shall file a Notice indicating their intent to participate by videoconferencing by **August 6, 2021** and shall contact Deputy in Charge, Julie Hollenbeck at 406-247-2311 to obtain the access information for the Zoom conference.

DATED this 4th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge